UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY T. WORTHLEY,<br>    Plaintiff,<br><br>VS.<br><br>SCHOOL COMMITTEE OF GLOUCESTER;<br>and BEN LUMMIS, in his official and personal capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. NO. 1:22-cv-12060-DJC<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF BEN LUMMIS
## SUPERINTENDENT OF GLOUCESTER PUBLIC SCHOOLS

I, Ben Lummis, Superintendent of Gloucester Public Schools, hereby state the following:

1. I am the Superintendent of Gloucester Public Schools and have served in that role since July 1, 2020. As Superintendent, I serve as the Executive Officer and professional leader of the school system, and am responsible for the administration of the Gloucester Public Schools, and all functions, including instruction, student learning, management of staff, and safety.

2. The Mission of the Gloucester Public School is "for all our students to be successful, engaged, life-long learners."

3. Gloucester Public Schools serves more than 2,800 students, and employs over 600 educators, professionals, administrators, and support staff.

4. The Gloucester Public Schools' facilities include one integrated Preschool, five K-5 elementary schools, O'Maley Middle School and Gloucester High School, as well as the Gloucester Alternative Program.

5. The School Committee of Gloucester is a duly-elected body of six Gloucester residents and the Mayor of the City of Gloucester. The School Committee of the Gloucester is the governing board of the school system. Although it functions as a duly elected Committee

of City government, the School Committee has, unlike other City boards, autonomous and absolute authority within limitations established by the Commonwealth of Massachusetts and the Charter of the City of Gloucester to carry out the educational policies of the state and guide the educational process of Gloucester students.

6. On or about November 9, 2022, at approximately 5:45 P.M. I was made aware of an incident that occurred at Gloucester High School on November 8, 2022, involving the plaintiff in this matter, Jeff Worthley and a minor, female Gloucester High School student ("Jane Doe").[1]

7. Mr. Worthley is an elected member of the Gloucester City Council. He is not employed by Gloucester Public Schools.

8. Specifically, Gloucester High School Principal James Cook informed me that Jane Doe's mother contacted him via email regarding an incident involving the plaintiff and Jane Doe that concerned Jane Doe's parents and upset Jane Doe. A true and accurate copy of the email is attached hereto as Exhibit "A."

9. I was informed by Principal Cook that he was contacted by Jane Doe's mother via email on November 8, 2022, regarding communications Mr. Worthley had with Jane Doe.

10. Jane Doe's mother informed Principal Cook that on November 8, 2022, the plaintiff approached Jane Doe at a bake sale during voting at Gloucester High School. Plaintiff introduced himself to Jane Doe but did not specify his role within the City of Gloucester. According to Jane Doe's mother, Jane believed he was the Mayor of Gloucester. Jane Doe's mother additionally noted that "[y]ou know how much [Jane Doe] loves to be involved with various boards and clubs so she honestly was very interested."

---

[1] To protect the student's identity, defendant Ben Lummis refers to her only by the pseudonym, "Jane Doe."

11. Jane Doe's mother informed Principal Cook that during that interaction, the Plaintiff asked for Jane Doe's cell phone number so that he could discuss his plans for beginning a student government for the City. After the bake sale, Plaintiff texted Jane Doe, asking her to take the lead and solicit other students to join his cause. This made Jane Doe, along with her mother, feel uncomfortable.

12. Jane Doe's mother informed Principal Cook that she told Jane Doe to text the Plaintiff back and decline his offer to participate. Jane Doe's mother informed Principal Cook that at that time, Plaintiff did not take "no" for an answer.

13. Jane Doe's mother informed Principal Cook that they did not want Jane Doe to have any further communication with Plaintiff, as they felt his approach to be very unprofessional and borderline inappropriate. They also indicated that Jane Doe felt embarrassed and remorseful because she believed the Plaintiff to be the mayor. They further indicated that Jane Doe felt "very, very uncomfortable and caught off guard by him as what he texted her doesn't match up with what he discussed with her at the bake sale."

14. Upon learning this information, I contacted the School Committee Chair, Kathy Clancy, and the Mayor of Gloucester, Mayor Gregory Verga. It is my regular practice to inform the School Committee Chair and Mayor Verga of student-safety situations that may arise in the Gloucester Public Schools. I also informed the Mayor based on the plaintiff's position as an elected official within the City.

15. Mayor Verga suggested that I speak to Suzanne Egan, General Counsel for the City of Gloucester.

16. Based on my communications with General Counsel Egan, it was decided that a meeting with the plaintiff would be held to discuss the incident and communications.

17. A meeting with the plaintiff, Police Chief Ed Conley, and General Counsel Egan took place on November 14, 2022. At that meeting, General Counsel Egan provided plaintiff with an unsigned copy of the No Trespass Order. Plaintiff was provided with an opportunity to explain his version of events, and presented the text messages to General Counsel Egan and Police Chief Conley. Plaintiff did not accept that his communications with Jane Doe were inappropriate.

18. Ultimately, a decision was made to issue a No Trespass Order to the plaintiff, a copy of which is attached hereto as Exhibit "B".

19. I signed the No Trespass Order issued to the plaintiff. I did not have any communications directly with the plaintiff regarding the No Trespass Order.

20. Under the Order, plaintiff is forbidden from appearing on or entering the premises of Gloucester High School for the remainder of the 2022-2023 school year for school-sponsored events and during school hours. The No Trespass Order does not preclude plaintiff's presence on the premises of Gloucester High School for events and activities which are not sponsored by the school.

21. On December 14, 2022, Counsel for the School Committee contacted plaintiff's counsel to schedule a hearing regarding the No Trespass Order. Plaintiff has not confirmed his participation in the hearing.

Signed under the pains and penalties of perjury this 20th day of December, 2022.

Ben Lummis
Superintendent of Schools
Gloucester Public School

A



**The Gloucester Public Schools**
Ben Lummis
Superintendent
2 Blackburn Drive
Gloucester, MA 01930
Phone: 978-281-9800

November 14, 2022

Jeff Worthley
4 Hawthorne Road
Gloucester, MA 01930

<u>**In Hand and Regular Mail**</u>

## NO TRESPASS ORDER

**This letter is delivered to officially notify you not to appear on or enter the premises of the Gloucester High School during school hours or at any school sponsored event or activity from November 14, 2022 until the end of the 2022-2023 school year. You are hereby forbidden to attend any Gloucester High School events, enter or remain in or upon Gloucester High School buildings or surrounding grounds while school is in session or while a school sponsored event or activity is taking place.**

This no trespass order and restriction is absolute and unconditional and is to continue to be in force and effective, regardless of whatever real or pretended reason, purpose, motive, intention or emergency you may have, pretend to have, or offer as an excuse for your entering, or wanting to enter, said premises.

This notice is given under General Law c. 266, sec. 120 and among other things, provides that a person trespassing in violation of a notice such as this may be arrested immediately without a warrant. It has been concluded that it is in the public interest and safety and necessary for the protection of the Gloucester High School community to impose this restriction on you at this time.

It has been reported to me that on November 8, 2022, while the Gloucester High School was used as a polling location, you approached a minor female student and used your official position as city councilor promising to assist her with her studies and extracurricular activities through your involvement in a school and city sponsored programs to obtain her personal cell phone number. You specifically targeted this female student and did not include the other students at the event, you did not seek the permission of an adult before obtaining the minor's telephone number, and you represented that you were involved in an official school or city program. Later that evening you communicated with her about your sleeping habits and other personal interests. When confronted by the female minor's parent, you misrepresented the facts and asserted that the student initiated the text communications. This behavior is not acceptable behavior. It poses a threat to the safety of the Gloucester High School community. You are therefore in accordance with said laws no longer welcome or allowed on the property outlined above.

**You are hereby put on notice that as long as this Notification or any amendment remains in effect, if you choose to ignore same you may be subject to criminal trespass and other offenses as provided for by law and subject to arrest.** All other rights, claims and remedies of the School District are hereby reserved and not waived. The School District reserves the right to amend or modify this notice as is necessary

_[signature]_

Ben Lummis
Superintendent
Gloucester Public Schools

Dated: _11/14/2022_

**OUR MISSION IS FOR ALL STUDENTS TO BE SUCCESSFUL, ENGAGED, LIFELONG LEARNERS**

# B

| From: | James Cook |
|---|---|
| To: | Matthew Hamel |
| Subject: | Fwd: ███████ |
| Date: | Monday, December 12, 2022 4:33:24 PM |

---------- Forwarded message ---------
From: ████████████████████████████████████████████
Date: Wed, Nov 9, 2022 at 12:42 PM
Subject: Re: ███████████
To: James Cook <jcook@gloucesterschools.com>
Cc: ██████████ ████████████████████████████

Hi Principal Cook,

Thank you for your understanding and attention to this matter, as we are taking this very seriously. My husband will be calling you sometime this afternoon to discuss this further with you.

Thank you,
████

Sent from the all new AOL app for iOS

On Wednesday, November 9, 2022, 8:30 AM, James Cook <jcook@gloucesterschools.com> wrote:

> Good morning Mrs. ████████,
> I met with ████ this morning before school began. She shared with me what took place yesterday during the bake sale, and she also shared the texts with me. As always, she was thoughtful and articulate. She showed a keen understanding of the power dynamic in the situation and what aspects of the interaction were not appropriate. I am very happy that she shared the interaction with you, blocked his texts, and then both of you reached out to me.
>
> I let her know that I would be following up with Superintendent Ben Lummis, who is caring and measured in his responses, so we can plan the appropriate next steps for making sure that it is made clear to the counselor that the interaction both in person and by text was inappropriate and troubling in several specific ways.
>
> Please don't hesitate to reach out to me on my direct line (████████████) if you would like to talk or if you have any questions.
>
> All the very best,
> James
>
> On Tue, Nov 8, 2022 at 11:13 PM ████████████████████████

&lt;▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮&gt; wrote:

Hi Principal Cook,

I wanted you to be aware of something that happened during the bake sale with my daughter, ▮▮▮▮▮▮▮▮. Councilor Jeff Worthley approached ▮▮▮ at the bake sale and began talking to her about student council and city politics. He introduced himself but didn't tell her exactly what he did within the city and ▮▮▮ honestly thought he was the mayor. He wanted her opinion about beginning a student government for the city and he asked for her cell phone number so he could send some ideas to her. Because she thought he was the mayor she thought it would be okay to do that.

You know how much ▮▮▮ loves to be involved with various boards and clubs so she was honestly very interested.

Shortly after they had that discussion I came back to the school to drop ▮▮▮ off some lunch when she told me about meeting the mayor and what he wanted to plan with her. I said "you spoke with Mayor Verga"? and she said "no, Jeff Worthley". I explained to her who he was and what position he held for the city.

On our way home from the bake sale he texted her a long text with all of his ideas and was really leaning into ▮▮▮ to take the lead and solicit other students to join his cause. This made me as well as ▮▮▮ very uncomfortable.
I told her to text him back and politely decline the offer and right after she did he immediately texted her back not taking "no" for an answer. He was actually very pushy and persistent and wanted her to keep an open line of communication with him so he could bounce ideas to her.

Her father and I do not want her to have any further communication with him as we feel his approach to be very unprofessional and borderline inappropriate. We also had a discussion with ▮▮▮ about giving out her cell phone number freely. This is so dangerous! And we are so upset. ▮▮▮ is feeling very embarrassed and remorseful because she thought he was the Mayor but I told her to never give her number out like that to anyone she didn't know! Mayor or not! Ever!

Were you aware that Jeff Worthley was looking to start a "student government" for the city? I feel that he should have asked to discuss this

> with you and not solicit a 16 yr old girl.
>
>  is aware that I am sending you this email and can elaborate details to you if needed. She feels very, very uncomfortable and caught off guard by him as what he texted her doesn't match up with what he discussed with her at the bake sale.
>
> Any thoughts or help you can give with this situation would be welcome.
>
> Thank you,
>
> [Sent from the all new AOL app for iOS](#)

--
James Cook
Principal
Gloucester High School
978-281-9894
Pronouns: he/him/his

Public Records Law

Please be aware that all communications pertaining to Gloucester Public Schools matters, including e-mail sent or received, are a public record subject to disclosure under the Massachusetts Public Records Law. If requested, e-mail may be disclosed to another party unless exempt from disclosure. E-mails are retained by the Gloucester Public Schools in compliance with Massachusetts Public Records Retention Schedule. All Electronic messages sent through the Gloucester Public Schools system are archived in conformance with the Massachusetts and federal Public Records law.

--
James Cook
Principal
Gloucester High School
978-281-9894
Pronouns: he/him/his

Public Records Law

Please be aware that all communications pertaining to Gloucester Public Schools matters,

including e-mail sent or received, are a public record subject to disclosure under the Massachusetts Public Records Law. If requested, e-mail may be disclosed to another party unless exempt from disclosure. E-mails are retained by the Gloucester Public Schools in compliance with Massachusetts Public Records Retention Schedule. All Electronic messages sent through the Gloucester Public Schools system are archived in conformance with the Massachusetts and federal Public Records law.